UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LEVELAND BROWN,                                : | |
|     Plaintiff,                                 : | |
|                                                : | |
| V.                                             : | C.A. No. 15-cv-00437 |
|                                                : | |
| WEST WARWICK HOUSING AUTHORITY,                : | |
| CINDY WHITE OVERTON, individually and in her   : | |
| capacity as partner of D&V/MainSail; RICHARD   : | |
| LECO, individually and in his capacity as partner of : | |
| D&V/MainSail, KATIE FAGAN, AND                 : | |
| MARC STARLING, individually and in his official : | |
| capacity as executive director of the          : | |
| WEST WARWICK HOUSING AUTHORITY                 : | |
|     Defendants.                                : | |

**STIPULATION OF DISMISSAL**

Pursuant to FRCP 41 (a), the parties agree that this matter may be dismissed as to all parties, with prejudice, without costs to any party, and all rights of appeal waived. The parties request the court retain jurisdiction for the purposes of enforcing the terms of the settlement agreement signed by the Plaintiff on June 8, 2017.

Respectfully submitted,

Leveland Brown
By His Attorneys,

*s/ Jeffrey C. Ankrom*
Jeffrey C. Ankrom, Esq. #7663
/s/ Steven Fischbach
Steven Fischbach, #3259
Rhode Island Legal Services
56 Pine Street, Suite 400
Providence, Rhode Island 02903
Tel:    401.274.2652
Fax:    401.272.4280
Email: jankrom@rils.org
Email: sfischbach@rils.org

West Warwick Housing Authority and
Marc Starling
By their attorneys:

/s/ Kathleen A. Hilton
Kathleen A. Hilton, Esq.
Marc DeSisto, Esq.
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
(401) 272- 9937 fax
Katie@desistolaw.com


Cindy White Overton
Richard Leco
Katie Fagan
By their attorney:

/s/ Andrew R. Ferguson
Andrew R. Ferguson, Esq.
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8039
Email: aferguson@coughlinbetke.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on July 17, 2017, through the CM/ECF system will be sent electronically to the following counsel of record.

Steven Fischbach, Esq. sfischbach@rils.org
Marc DeSisto, Esq. marc@desistolaw.com
Kathleen A. Hilton, Esq. Katie@desistolaw.com
Andrew R. Ferguson, Esq. aferguson@coughlinbetke.com

                                    */s/ Jeffrey C. Ankrom*
                                    Jeffrey C. Ankrom, Esq.